UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TUAN VAN HUA,

      Petitioner,

          v.                          CAUSE NO. 3:26-CV-548-DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The Warden, by counsel, was ordered to file a status report on Tuan Van Hua's removal status and the number assigned to Hua by the Indiana Department of Correction (IDOC) by June 15, 2026. ECF 6. Though the Warden filed a status report, it did not include Hua's IDOC number. ECF 9.

For these reasons, the court ORDERS the Warden of the Miami Correctional Facility to file a document disclosing the number assigned to Tuan Van Hua by the Indiana Department of Correction by **June 18, 2026**.

SO ORDERED on June 16, 2026.

                          s/Scott J. Frankel
                          Scott J. Frankel
                          United States Magistrate Judge