UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TUAN VAN HUA,

      Petitioner,

    v.                                            CAUSE NO. 3:26cv548 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting habeas relief by releasing the petitioner from the Miami Correctional Facility on July 27, 2026. ECF 15. The court entered the order granting habeas relief on June 27, 2026. ECF 13.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting habeas relief (ECF 13) and to close this case.

SO ORDERED.

July 30, 2026

                             *s/ Damon R. Leichty*
                             Judge, United States District Court